THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. MAHER, Appellant, *v.* FRANCIS V. GREENE, as Commissioner of Police of the City of New York, et al., Respondents.

*People ex rel. Maher* v. *Greene*, 92 App. Div. 621, appeal dismissed.
(Argued October 5, 1904; decided October 11, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1904, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the relator in the position of detective sergeant in the police department of the city of New York.

*William M. K. Olcott* and *Henderson Peck* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.